**FILED: 10/16/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Inna Vagramian*,                    )<br>                   Plaintiff,       )<br>         v.                         )<br>*Nelson and Kennard, et. al*,        )<br>                   Defendants.      )<br>_____)  | CASE NO. CV 12-1509-GHK (MRWx)<br><br>JUDGMENT |

    Pursuant to the Court's June 18, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Inna Vagramian's ("Plaintiff") claims against Defendant Patenaude & Felix, A.P.C. are **DISMISSED with prejudice.** Pursuant to the Court's June 28, 2012 Order IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant Northstar Location Services, LLC are **DISMISSED with prejudice**. Pursuant to the Court's July 3, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant MRS BPO, LLC are **DISMISSED with prejudice**. Pursuant to the Court's July 5, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Sequoia Financial Services, Progressive Management Systems, Inc., and First Financial Asset Management are **DISMISSED without prejudice**. Pursuant to the Court's July 9, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant Richard J. Boudreau & Associates, LLC are **DISMISSED with prejudice**. Pursuant to the Court's August 21,

1  2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant FMS
2  Inc. are **DISMISSED with prejudice**.  Pursuant to the Court's September 24, 2012
3  Order IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants
4  Convergent Outsourcing, Inc. and Resurgent Capital Services, L.P. are **DISMISSED**
5  **with prejudice**.  Pursuant to the Court's October 16, 2012 Order IT IS HEREBY
6  ADJUDGED that Plaintiff's claims against Defendants Nelson & Kennard and Enhanced
7  Recovery Company, LLC are **DISMISSED without prejudice.**
8       **IT IS SO ORDERED**.
9       DATED: October 16, 2012

_____
GEORGE H. KING
Chief United States District Judge

2