**FILED: 10/16/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Inna Vagramian*, | CASE NO. CV 12-1509-GHK (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Nelson and Kennard, et. al*, | |
| Defendants. | |

Pursuant to the Court's June 18, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Inna Vagramian's ("Plaintiff") claims against Defendant Patenaude & Felix, A.P.C. are **DISMISSED with prejudice.** Pursuant to the Court's June 28, 2012 Order IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant Northstar Location Services, LLC are **DISMISSED with prejudice**. Pursuant to the Court's July 3, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant MRS BPO, LLC are **DISMISSED with prejudice**. Pursuant to the Court's July 5, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Sequoia Financial Services, Progressive Management Systems, Inc., and First Financial Asset Management are **DISMISSED without prejudice**. Pursuant to the Court's July 9, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant Richard J. Boudreau & Associates, LLC are **DISMISSED with prejudice**. Pursuant to the Court's August 21,

2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant FMS Inc. are **DISMISSED with prejudice**.  Pursuant to the Court's September 24, 2012 Order IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Convergent Outsourcing, Inc. and Resurgent Capital Services, L.P. are **DISMISSED with prejudice**.  Pursuant to the Court's October 16, 2012 Order IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Nelson & Kennard and Enhanced Recovery Company, LLC are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: October 16, 2012

_____
GEORGE H. KING
Chief United States District Judge

2